No. 82–1705.  NATIONAL LABOR RELATIONS BOARD v. NEW YORK UNIVERSITY MEDICAL CENTER ET AL.  C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for fur-

806

ther consideration in light of *NLRB* v. *Transportation Management Corp.*, 462 U. S. 393 (1983).